No. 571. HARRY MICHELSOHN *v.* CHARLES F. DITTMAR, AS TRUSTEE, ETC. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the

Third Circuit denied because of failure to file the petition within the time prescribed by the statute. *Mr. David H. Bilder* for petitioner. *Mr. James D. Carpenter, Jr.,* and *Mr. John M. Enright* for respondent.